CAUSE NO. CV-2015-00793-2

| | | |
|---|---|---|
| PETERS COLONY | § | IN THE COUNTY COURT |
| | § | |
| | § | |
| V. | § | AT LAW NO. 2 |
| | § | |
| | § | |
| | § | |
| ELMA THOMAS | § | |
| AND ALL OCCUPANTS | § | DENTON COUNTY, TEXAS |

FILE FOR RECORD
DENTON COUNTY CLERK
APR 28 2015
JULI LUKE
DEBRA SPISAK _____ DEPUTY
Clerk

FILED IN
2nd COURT OF APPEALS
FORT WORTH, TEXAS
5/5/2015 1:08:46 PM
DEBRA SPISAK
Clerk

## JUDGMENT

On this date, trial was held in this cause. The Parties were properly served with notice of Trial. Plaintiff, appearing through its counsel of record, announced ready for trial. Defendant personally appeared / failed to appear, and the Court proceeded to hear the case and enter Judgment in favor of Plaintiff as set forth below.

IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED that Plaintiff Peter's Colony have judgment against Defendant Elma Thomas and All Occupants for:

1.  A writ of possession granting Plaintiff possession of the premises located at 1810 E. Peters Colony, Apt. 6506, Carrollton, Texas 75007;

2.  Reasonable and necessary attorneys' fees in the amount of $1,160.60 ;

3.  Post-judgment interest at 5% per annum from the date of the Judgment until paid in full; and

4.  All costs of court;

for which let execution issue.

This Judgment is final and disposes of all claims and parties.

SIGNED this 28 day of April , 2015.

_____
JUDGE PRESIDING

Page 1